**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**COLLINS, VELLA & CASELLO, LLC**
2317 Highway 34, Suite 1A
Manasquan, NJ 08736
(732) 751-1766
Attorneys for the Debtor
Joseph M. Casello, Esq.

Order Filed on July 19, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Robert Elliot Shanley, III

    Debtor

Chapter 13 Case No.: 24-16262

Judge: Hon. Michael Kaplan, U.S.B.J.

## ORDER EXTENDING TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: July 19, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Robert Elliot Shanley, III
Case No: 24-16262
Caption of Order: Order Extending Time to File Missing Documents

---

This matter having been opened to the Court upon the Debtor's request for an extension of time to file its missing documents pursuant to Federal Rule of Bankruptcy Procedure 1007(c) and the Court having reviewed the moving papers and for good cause shown,

**IT IS ORDERED AS FOLLOWS:**

1. The debtor's request to extend the time within which the missing documents must be filed is granted. The balance of the debtor's schedules as set forth in the Court's Order to Sho Cause must be received by the Court no later than July 29, 2024. If all missing documents are not filed by this date, the case will be dismissed without further notice.