**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**COLLINS, VELLA & CASELLO, LLC**
2317 Highway 34, Suite 1A
Manasquan, NJ 08736
(732) 751-1766
Attorneys for the Debtor
Joseph M. Casello, Esq.

Order Filed on July 19, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Robert Elliot Shanley, III

    Debtor

Chapter 13 Case No.: 24-16262

Judge: Hon. Michael Kaplan, U.S.B.J.

## ORDER EXTENDING TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: July 19, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Robert Elliot Shanley, III
Case No: 24-16262
Caption of Order: Order Extending Time to File Missing Documents

This matter having been opened to the Court upon the Debtor's request for an extension of time to file its missing documents pursuant to Federal Rule of Bankruptcy Procedure 1007(c) and the Court having reviewed the moving papers and for good cause shown,

**IT IS ORDERED AS FOLLOWS:**

1. The debtor's request to extend the time within which the missing documents must be filed is granted. The balance of the debtor's schedules as set forth in the Court's Order to Sho Cause must be received by the Court no later than July 29, 2024. If all missing documents are not filed by this date, the case will be dismissed without further notice.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-16262-MBK
Robert Elliott Shanley, III  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1
Date Rcvd: Jul 19, 2024     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert Elliott Shanley, III, PO Box 641, Navesink, NJ 07752-0641 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Joseph Casello | on behalf of Debtor Robert Elliott Shanley III jcasello@cvclaw.net, jcasello627@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4