## Signatures

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*.

I certify under penalty of perjury that the above is true.

Date: _7.26.24_          _____ III_
                          Debtor

Date: _____          _____
                          Joint Debtor

Date: _7/26/2024_          _____
                          Attorney for the Debtor(s)