UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

COLLINS, VELLA & CASELLO, LLC
2317 Highway 34, Suite 1A
Manasquan, NJ 08736
(732)751-1766
Joseph Casello, Esq.
Attorneys for the Debtor

Case No.: 2416262

Chapter: 13

In Re:

Robert Elliott Shanley, III

Adv. No.: 

Hearing Date: 

Judge: Kaplan

## CERTIFICATION OF SERVICE

1. I, _____Courtney Parker_____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for _____Joseph M. Casello_____, who represents _____the Debtor_____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____July 30, 2024_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    1. Order Respecting Amendment to List of Creditors
    2. Notice of Commencement of Case
    3. Notice of Hearing on Confirmation of Plan
    4. Chapter 13 Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 7/30/2024

Signature: /s/ Courtney Parker

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Evane Shanley<br>198 Grand Avenue<br>Navesink, NJ 07752 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |