| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>DUANE MORRIS, LLP<br>By: Edward J. McKee<br>30 South 17th Street<br>Philadelphia, PA 19103<br>(215) 979-1586<br>Attorneys for Creditor: TD Bank, N.A. | |
| In Re:<br><br>Robert Elliott Shanley, III | Case No.: 24-16262<br><br>Chapter 13<br><br>Judge: Chief Judge Michael B. Kaplan |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of TD Bank, N.A. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    Duane Morris LLP
                          Attn: Edward J. McKee
                          30 S. 17th Street
                          Philadelphia, PA 19103

    DOCUMENTS:

    ☒    All notices entered pursuant to Fed. R. Bankr. P. 2002.

    ☒    All documents and pleadings of any nature.


Date: <u>November 4, 2024</u>                                    <u>/s/ Edward J. McKee</u>
                                                                         Edward J. McKee

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>DUANE MORRIS, LLP<br>By: Edward J. McKee<br>30 South 17th Street<br>Philadelphia, PA 19103<br>(215) 979-1586<br>Attorneys for Creditor: TD Bank, N.A. | |
| In Re:<br><br>Robert Elliott Shanley, III | Case No.: 24-16262<br><br>Chapter 13<br><br>Judge: Chief Judge Michael B. Kaplan |

**CERTIFICATION OF SERVICE**

1. I, Edward J. McKee:

    ☒ represent TD Bank, N.A. in this matter.

    ☐ am the secretary/paralegal for Edward J. McKee, who represents TD Bank, N.A. in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On November 4, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Appearance on behalf of TD Bank, NA

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Date: <u>November 4, 2024</u>          /s/ Edward J. McKee
                                       Edward J. McKee

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert Elliott Shanley, III<br>PO Box 641<br>Navesink, NJ 07752 | Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ Other (   ) |
| Joseph Casello<br>Collins, Vella & Casello<br>2317 Route 34 South<br>Suite 1A<br>Manasquan, NJ 08736 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other (ECF Notification) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other (ECF Notification) |