Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-16262 / MBK**

Robert Elliott Shanley, III

Petition Filed Date: 06/21/2024
341 Hearing Date: 07/18/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2024 | $1,500.00 | | 09/10/2024 | $1,500.00 | | 10/08/2024 | $1,500.00 | |
| 11/08/2024 | $1,500.00 | | 12/10/2024 | $1,500.00 | | | | |

**Total Receipts for the Period: $7,500.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $9,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Robert Elliott Shanley, III | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2013;2016;2021-2023 TAX PERIODS | Priority Creditors | $362,541.30 | $0.00 | $0.00 |
| 0 | Joseph Casello, Esq. | Attorney Fees<br>Hold Funds: Reserve | $3,750.00 | $0.00 | $3,750.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»» PENALTY | Unsecured Creditors | $98,395.00 | $0.00 | $0.00 |
| 3 | TD BANK, N.A.<br>»» NP/198 GRAND AVE/3RD MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 4 | TD BANK, N.A.<br>»» NP/198 GRAND AVE/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 5 | NJ DIVISION OF TAXATION<br>»» TGI 2021-2023 | Priority Creditors | $65,781.51 | $0.00 | $0.00 |
| 6 | M&T BANK<br>»» P/125 NAVESINK AVE/2ND MTG | Mortgage Arrears | $297.02 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-16262 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,000.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $1,500.00 |
| Paid to Trustee: | $645.00 | Arrearages: | $0.00 |
| Funds on Hand: | $8,355.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**