| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>DUANE MORRIS, LLP<br>By: Brett L. Messinger Atty. ID: 035631991<br>30 South 17th Street<br>Philadelphia, PA 19103<br>(215) 979-1586<br>Attorneys for Creditor: TD Bank, N.A. | |
| In Re:<br><br>Robert Elliott Shanley, III | Case No.: 24-16262<br><br>Chapter 13<br><br>Judge: Hon. Michael B. Kaplan |

## NOTICE OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE pursuant to LBR 9010-2, the undersigned notifies the Court that Brett L. Messinger, will be substituted as attorney of record for TD Bank, N.A., a Creditor in this case. PLEASE TAKE FURTHER NOTICE that TD Bank, N.A. requests that copies of all pleadings, petitions, motions, answers, objections, memoranda, briefs, notices, reports, requests, orders and all other documents filed and/or delivered in and/or in connection with the Case be sent to the following counsel for TD Bank, N.A.:

> Brett L. Messinger, Esq.
> Duane Morris LLP
> 30 South 17th Street
> Philadelphia, PA 19103
> Phone: 215-979-1508
> Fax: 302-657-4901
> Email: BMessinger@duanemorris.com

Respectfully submitted

/s/ *Edward J. McKee*              /s/ *Brett L. Messinger*
Edward J. McKee                    Brett L. Messinger
Withdrawing Attorney               Substituted Attorney

Dated: January 28, 2026

DM1\20562017.1

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>DUANE MORRIS, LLP<br>By: Brett L. Messinger Atty. ID: 035631991<br>30 South 17th Street<br>Philadelphia, PA 19103<br>(215) 979-1586<br>Attorneys for Creditor: TD Bank, N.A. | |
| In Re:<br><br>Robert Elliott Shanley, III | Case No.: 24-16262<br><br>Chapter 13<br><br>Judge: Hon. Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, Brett L. Messinger:

   ☒ represent TD Bank, N.A. in this matter.

   ☐ am the secretary/paralegal for Brett L. Messinger, who represents TD Bank, N.A. in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On January 28, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Substitution and Withdrawal of Counsel

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Date: <u>January 28, 2026</u>              <u>/s/ Brett L. Messinger</u>
                                            Brett L. Messinger

DM1\20562017.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert Elliott Shanley, III<br>PO Box 641<br>Navesink, NJ 07752 | Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ Other (    ) |
| Joseph Casello<br>Collins, Vella & Casello<br>2317 Route 34 South<br>Suite 1A<br>Manasquan, NJ 08736 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other (ECF Notification) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified Mail/RR<br>☒ Other (ECF Notification) |

DM1\20562017.1