Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 24-16262 / MBK**

Robert Elliott Shanley, III

Petition Filed Date: 06/21/2024
341 Hearing Date: 07/18/2024
Confirmation Date: 01/29/2025

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2025 | $1,500.00 | | 01/30/2025 | $1,500.00 | | 03/10/2025 | $1,500.00 | |
| 04/08/2025 | $1,500.00 | | 05/12/2025 | $1,500.00 | | 06/11/2025 | $1,500.00 | |
| 07/11/2025 | $1,500.00 | | 09/10/2025 | $1,500.00 | | 10/09/2025 | $1,500.00 | |
| 10/14/2025 | $3,000.00 | | 11/07/2025 | $1,500.00 | | 01/12/2026 | $1,500.00 | |
| 02/12/2026 | $1,500.00 | | | | | | | |

**Total Receipts for the Period: $21,000.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $28,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Robert Elliott Shanley, III | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2013;2016;2021-2023 TAX PERIODS | Priority Crediors | $362,541.30 | $16,481.05 | $346,060.25 |
| 0 | Joseph Casello, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»» PENALTY | Unsecured Creditors | $98,395.00 | $0.00 | $98,395.00 |
| 3 | TD BANK, N.A.<br>»» NP/198 GRAND AVE/3RD MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 4 | TD BANK, N.A.<br>»» NP/198 GRAND AVE/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 5 | NJ DIVISION OF TAXATION<br>»» TGI 2021-2023 | Priority Crediors | $65,781.51 | $2,990.43 | $62,791.08 |
| 6 | M&T BANK<br>»» P/125 NAVESINK AVE/2ND MTG | Mortgage Arrears | $297.02 | $297.02 | $0.00 |

**Chapter 13 Case No. 24-16262 / MBK**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $28,500.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $23,518.50 | Current Monthly Payment: | $1,500.00 |
| Paid to Trustee: | $2,203.50 | Arrearages: | $1,500.00 |
| Funds on Hand: | $2,778.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**