UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

COLLINS, VELLA & CASELLO, LLC
2430 Highway 34, B12
Manasquan, NJ 08736
(732) 751-1766
Joseph M. Casello, Esq.
Attorney for the Debtor

In Re:

Robert Elliot Shanley

Case No.: 24-16262

Judge: Kaplan

Chapter: 13

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION**

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by M&T Bank, creditor,

A hearing has been scheduled for December 2, 2026, at 9:00.

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for ______________________________, at ___________.

☐ Certification of Default filed by _________________________________,

I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ ____________________, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

The payments are made by my former wife. Because of my bankruptcy, the payments can only be made over the phone and my former wife made payments but not in the correct amounts. She has the funds to bring the account current within 15 days.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 10/14/2026 Elliott Shanley
Debtor's Signature

Date: ______________________ ______________________________
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.